IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01449-BNB

PETER P. MAUCHLIN,

    Plaintiff,

v.

WARDEN B.R. DAVIS,
DR. P. ZHAN, Psychologist,
ASSOCIATE WARDEN MUNSEN,
ASSOCIATE WARDEN MILUSNIC,
CHIEF CORRECTIONAL SUPERVISOR KRIST,
CHIEF CORRECTIONAL SUPERVISOR LLOYD,
UNIT MANAGER P. RANGEL,
CORRECTIONAL SUPERVISOR JENSEN,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 2, 2012, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge