IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01449-REB-BNB

PETER P. MAUCHLIN,

Plaintiff,

v.

B.R. DAVIS, Warden,
DR. P. ZHAN, Psychologist,
MUNSEN, Associate Warden,
MILUSNIC, Associate Warden,
KRIST, Chief Correctional Supervisor,
LLOYD, Chief Correctional Supervisor,
P. RANGEL, Unit Manager, and
JENSEN, Correctional Supervisor,

Defendants.

_____

**ORDER**
_____

The plaintiff is currently incarcerated by the Federal Bureau of Prisons ("BOP") at the United States Penitentiary, Administrative Maximum in Florence, Colorado ("ADX"). He filed his Amended Prisoner Complaint on July 12, 2012 [Doc. #12] (the "Complaint"). The Complaint states that defendant B. R. Davis is the Warden of ADX. *Complaint*, p. 2, ¶ 2.

On August 3, 2012, forms for service of process on the defendants were mailed to the United States Marshal [Doc. #18]. On January 8, 2013, the Marshal filed a Process Receipt and Return for defendant B. R. Davis [Doc. #44] which states "No longer at Florence. Transferred to BOP Central Office, Kansas City KS. No longer in Kansas City - relocated to DC." The Marshal did not serve defendant Davis and did not provide a forwarding address for him.

IT IS ORDERED that on or before **February 8, 2013**, the Bureau of Prisons shall file

with the court, subject to Restricted Access, Level 1, the last known address of defendant Davis.

Dated January 25, 2013.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge