IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01449-RM-BNB

PETER P. MAUCHLIN,

Plaintiff,

v.

B.R. DAVIS, Warden,
DR. P. ZHAN, Psychologist,
MUNSEN, Associate Warden,
MILUSNIC, Associate Warden,
KRIST, Chief Correctional Supervisor,
LLOYD, Chief Correctional Supervisor,
P. RANGEL, Unit Manager, and
JENSEN, Correctional Supervisor,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Strike Docket Nos. 20, 24, 73, and 94** [Doc. #96, filed 07/29/2013] (the "Motion").  The Motion is GRANTED.

On July 15, 2013, I entered an order [Doc. #91] striking numerous letters, notices, and exhibits that were inappropriately filed by the plaintiff.  The defendants request that the court strike four additional documents filed by the plaintiff which contain inappropriately filed exhibits.  For the reasons stated in my previous order, the Motion is granted.

IT IS ORDERED:

1. The Motion [Doc. #96] is GRANTED;

2. Documents ##20, 24, 73, and 94 are STRICKEN;

3. The plaintiff shall cease filing letters and notices, and "exhibits" unless they are filed

in accordance with my previous order; and

    4.  Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated August 8, 2013.

                                       BY THE COURT:

                                       s/ Boyd N. Boland
                                       United States Magistrate Judge