IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01449-RM-BNB

PETER P. MAUCHLIN,

Plaintiff,

v.

B.R. DAVIS, Warden,
DR. P. ZOHN, Psychologist,
MUNSON, Associate Warden,
MILUSNIC, Associate Warden,
KRIST, Chief Correctional Supervisor,
LLOYD, Chief Correctional Supervisor,
P. RANGEL, Unit Manager, and
JANSON, Correctional Supervisor,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Vacate Preliminary Scheduling Conference and Stay Discovery** [docket no. 101, filed August 9, 2013] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Preliminary Scheduling Conference will go forward as originally set on September 4, 2013.

DATED: August 15, 2013