IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01449-RM-BNB

PETER P. MAUCHLIN,

Plaintiff,

v.

B.R. DAVIS, Warden,
DR. P. ZHAN, Psychologist,
MUNSEN, Associate Warden,
MILUSNIC, Associate Warden,
KRIST, Chief Correctional Supervisor,
LLOYD, Chief Correctional Supervisor,
P. RANGEL, Unit Manager, and
JENSEN, Correctional Supervisor,

Defendants.

_____

**ORDER**
_____

This matter arise on **Plaintiff's Motion for Leave to Amend the Complaint Pursuant to Rule 7(b)(1) and Rule 15(a)(2) Fed.R.Civ.P.** [Doc. #106] (the "Motion").  The defendants do not oppose the Motion.

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to accept the Second Amended Complaint [Doc. #106-1] for filing.

Dated September 26, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge