**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01449-RM-NYW

PETER P. MAUCHLIN,

      Plaintiff,

v.

DR. P. ZHON, Psychologist,
ASSOCIATE WARDEN MUNSON,
ASSOCIATE WARDEN MILUSNIC,
CHIEF CORRECTIONAL SUPERVISOR KRIST,
CHIEF CORRECTIONAL SUPERVISOR LLOYD,
UNIT MANAGER P. RANGEL, and
CORRECTIONAL SUPERVISOR JANSON,

      Defendants.

---

## ORDER

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants' Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Mauchlin (the "Motion"). [#198, filed Mar. 15, 2016]. Pursuant to 28 U.S.C. § 636(b)(1), the Order of Reference dated September 1, 2015 [#165], and the Memorandum dated March 15, 2016 [#199], the Motion is before the undersigned Magistrate Judge.

    Fed. R. Civ. P. 30(a)(2)(B) provides that a party must obtain leave of court to depose an individual who is confined in prison. *See also Ashby v. McKenna*, 331 F.3d 1148, 1151 (10th Cir. 2003) (Rule 30(a) "requires a court order when defendants seek to depose a prisoner plaintiff.").

Defendants request that the court enter an order permitting them to depose Plaintiff Peter Mauchlin, who is currently incarcerated at the United States Penitentiary – Administrative Maximum ("AD/MAX") in Florence, Colorado.  Plaintiffs represent that they seek to depose Mr. Mauchlin on April 6, 2016.  [#198 at 2].

Finding good cause for the requested deposition of Plaintiff Peter Mauchlin, the court hereby **GRANTS** Defendants' Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Mauchlin [#198].   Defendants are granted leave to depose Mr. Mauchlin beginning at 9:00 a.m. on April 6, 2016 at the AD/MAX facility in Florence, Colorado.

DATED:  March 15, 2016                          BY THE COURT:

s/ Nina Y. Wang
United States Magistrate Judge